Case No. 24-4982

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DANIEL GONZALEZ, et al.

*Plaintiffs-Appellants,*

v.

Well-Path Management, Inc., et al.

*Defendant-Appellee.*

On Appeal from the United States District Court for the Northern District of California
Case No. 3:19-cv-07423-JSC
Jacqueline S. Corley, United States District Judge

**NOTICE OF ENTRY OF JUDGMENT PURSUANT TO RULE 54(B) AND REQUEST FOR BRIEFING SCHEDULE**

Yolanda Huang, SBN 104543
yhuang.law@gmail.com
LAW OFFICE OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, CA 94705

Richard A. Brody, SBN 100379
rick@brodylaw.com
1206 Beattie Lane
Sebastopol, CA 95472

PLEASE TAKE NOTICE that the Trial Court filed an Order granting plaintiffs' request for entry of judgment, pursuant to Rule 54(b), as to defendant and appellee Wellpath (ECF 496). Judgment (ECF 497) pursuant to Rule 54(b) was entered on October 16, 2024.

Plaintiffs request a briefing scheduling. Inasmuch as the Thanksgiving Holidays are in the later part of November, plaintiffs request that the date for their opening brief be set for December 9, 2024.

Dated: October, 2024         **LAW OFFICE OF YOLANDA HUANG**

*/s/ Yolanda Huang*

_____
Yolanda Huang
*Counsel for Plaintiffs-Appellants*